# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1489
_____

SHAWN A. TAYLOR,

Appellant,

v.

CHURCH'S PLUMBING, LLC and
MEADOWBROOK INSURANCE/STAR
INSURANCE,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Marjorie Renee Hill, Judge.

January 26, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

F. Emory Springfield of Springfield Law, P.A., Gainesville, for Appellant.

Ben H. Cristal and Paulette Z. Brown of Cristal Hanenian, Tampa, for Appellees.